**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MCCARTHY, III, | No. C 16-06782 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO DISMISS *MONELL* CLAIM AND VACATING HEARING** |
| COUNTY OF CONTRA COSTA, | |
| Defendant. | |

In this action for violations of Section 1983 of Title 42 of the United States Code and state law causes of action, defendant Contra Costa County moves to dismiss plaintiff Timothy McCarthy's second claim for relief asserting *Monell* liability (Dkt. No. 13). Plaintiff does not oppose dismissal of his *Monell* claim (Dkt. No. 17). Accordingly, defendant's motion is **GRANTED** and plaintiff's *Monell* claim is **DISMISSED**. The hearing on defendant's motion set for April 6 is **VACATED**.

**IT IS SO ORDERED.**

Dated: March 15, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE