IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MCCARTHY, III,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA,<br><br>Defendant. | No. C 16-06782 WHA<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |

Plaintiff Timothy McCarthy brought this action against defendant County of Contra Costa and other Doe defendants. On March 15, an order granted the County's unopposed motion to dismiss plaintiff's second claim for relief asserting *Monell* liability (Dkt. No. 18). That *Monell* claim was the sole claim for relief against the County. Plaintiff currently asserts his remaining three claims for relief against Doe defendants only.

On May 18, plaintiff moved for leave to file an amended complaint that would dismiss the County, add certain individuals as named defendants, and modify his claims for relief accordingly (Dkt. No. 22). The motion is unopposed and **GRANTED**. Plaintiff shall file the amended complaint by **JUNE 19 AT NOON**.

**IT IS SO ORDERED.**

Dated: June 14, 2017.

                                                    WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE