IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY MCCARTHY III,

    Plaintiff,

v.

SCOTT GEIST, individually and in his capacity as a Deputy Sheriff for the Contra Costa County Sheriff's Department; and DOES 1–50, inclusive, individually, jointly and severally,

    Defendants.

No. C 16-06782 WHA

**ORDER DENYING MOTION TO COMPEL DEPOSITION TESTIMONY**

Even though discovery has closed in this action, plaintiff moves to compel deposition testimony from third-party witness Ryan Montoya (Dkt. No. 70). Deputy Montoya is a former defendant, but a prior order dismissed him in September 2017 (Dkt. No. 34). The Court has reviewed the motion and determined that no reply is necessary. There are two problems with plaintiff's motion. *First*, the witness was not subpoenaed prior to the discovery cutoff (or at all). *Second*, attempted service upon defense counsel is insufficient, as counsel is not obligated to accept service on behalf of third-parties. The Court has extended numerous opportunities to plaintiff to plead his best case, but this order will not reopen discovery. Motion **DENIED**.

**IT IS SO ORDERED.**

Dated: May 2, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE